ACCEPTED
07-15-00114-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/6/2015 9:28:02 AM
Vivian Long, Clerk

# IN THE COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS

### NO. 07-15-00114-CR
### TRIAL COURT NO. 55,182-B

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

8/6/2015 9:28:02 AM

VIVIAN LONG
CLERK

### JERRY JOE GARZA
### VS.
### STATE OF TEXAS

## SECOND (LAST) MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Jerry Joe Garza, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 78th Judicial District Court of Wichita County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Jerry Joe Garza, and numbered 55,182-B.

3. Appellant was convicted of Capital Murder.

4. Appellant was assessed a sentence of life imprisonment on January 13, 2015.

1

5. Notice of appeal was given on March 10, 2015.

6. The clerk's record was filed on May 12, 2015; the reporter's records was filed on June 11, 2015.

7. The appellate brief is presently due on August 12, 2015.

8. Appellant requests an extension of time of 10 days from the present date, i.e. August 12, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension: due to the fact that attorney for Appellant received the reporter's record of six large binders, containing 5400 pages on July 1, 2015 and to properly prepare Appellant's brief will require longer than the 30 days usually granted by this Court. Appellant's attorney was appointed to represent Defendant in the trial of this case and has been appointed to represent Defendant on appeal. Appellant's attorney would further show this Court that two weeks of the last 30 days have been consumed by his representation of Defendants in jury trials.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

MICHAEL F PAYNE
1211 Bluff St.
Wichita Falls, Texas 76301
Tel: (940) 766-1812
Fax: (940) 766-4610
email: michaelfpayne@gmail.com

By: _____
Michael F. Payne
State Bar No. 15660000
Attorney for Jerry Joe Garza

## CERTIFICATE OF CONFERENCE

I certify that on August 5, 2015, I spoke with Carey Jensen, Assistant Criminal District Attorney of Wichita County, Texas and he stated that he had no objection to this motion.

_____

Michael F. Payne

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2015, a true and correct copy of the above and foregoing document was served on the Criminal District Attorney's Office, Wichita County Courthouse, Wichita Falls, Texas, by hand delivery.

Michael F. Payne

STATE OF TEXAS          §
                                       §

COUNTY OF WICHITA      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Michael F. Payne, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____

Michael F. Payne
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on August 6 ,

2015, to certify which witness my hand and seal of office.



NANCY PAYNE
MY COMMISSION EXPIRES
November 9, 2016

_____

Notary Public, State of Texas

5